## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

| | |
|---|---|
| *In re* BAYCOL PRODUCTS LITIGATION | MDL NO. 1431 (MJD/SRN) |
| | **O R D E R** |
| This Document Relates to: | |
| *Lal Nayyar, et al. v. Bayer Corp., et al.*<br>　　*(Plaintiffs Lal Nayyar and*<br>　　*Shanno Nayyar only)* | Case No. 04-3236 |

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson. No objections have been filed to that Report and Recommendation in the time period permitted. Accordingly, based on the Report and Recommendation and all of the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant Bayer Corporation's Motion for Discovery Sanctions against Plaintiffs Lal Nayyar and Shanno Nayyar (Doc. No. 3) is **GRANTED**;

2. Plaintiffs Lal and Shanno Nayyar's claims are **DISMISSED WITH PREJUDICE**; and

3. Plaintiffs' counsel is required to pay the sum of $130.72 to Bayer Corporation within 10 days of this Order.

Dated: September 17, 2007

　　　　　　　　　　　　　　　　　　　　　　　s / Michael J. Davis
　　　　　　　　　　　　　　　　　　　　　　　MICHAEL J. DAVIS
　　　　　　　　　　　　　　　　　　　　　　　United States District Court Judge